CLERK'S OFFICE U.S. DIST. COURT
AT DANVILLE, VA
FILED

JUN 0 3 2005

JOHN F. CORCORAN, CLERK
BY: HMcDonag
   DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
DANVILLE DIVISION

| | |
|---|---|
| DEBORAH FRAHM, | ) |
| Plaintiff, | ) Case No. 4:02cv00089 |
| v. | ) **ORDER** |
| UNITED STATES OF AMERICA | ) |
| Defendant. | ) By: Jackson L. Kiser |
| | ) Senior United States District Judge |

Before this Court is Plaintiff Deborah Frahm's ("Frahm") Claim [27] in which Frahm seeks an award of a monetary recovery within the Title VII jurisdiction of this Court. Both parties have submitted briefs to the Court and oral argument was heard on May 9, 2005; therefore this case is ripe for decision. For the reasons discussed below, Frahm's Motion for Monetary Recovery is **DENIED**.

The Clerk is hereby instructed to strike this matter and any outstanding motions from the Court's docket. The Clerk is further directed to send a copy of this Order to all counsel of record.

Entered this 3rd day of June, 2005.

Senior United States District Judge