IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
DANVILLE DIVISION

| | | |
|---|---|---|
| DEBORAH FRAHM, | ) | |
| | ) | Case No. 4:02cv00089 |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| UNITED STATES OF AMERICA | ) | |
| | ) | By: Jackson L. Kiser |
| Defendant. | ) | Senior United States District Judge |
| | ) | |

Before this Court is Plaintiff Deborah Frahm's ("Frahm") Claim [27] in which Frahm seeks an award of a monetary recovery within the Title VII jurisdiction of this Court. Both parties have submitted briefs to the Court and oral argument was heard on May 17, 2005; therefore this case is ripe for decision. For the reasons discussed in the accompanying Amended Memorandum Opinion, Frahm's Motion for Monetary Recovery, is **NOT GRANTED.** Additionally, Frahm's request for attorney's fees is **DENIED**.

The Clerk is hereby instructed to strike this matter and any outstanding motions from the Court's docket. The Clerk is further directed to send a copy of this Order to all counsel of record.

Entered this 23rd day of June, 2005.


s/Jackson L. Kiser
Senior United States District Judge